NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIMBERLY CLISBEE, CHRISTOPHER CO, L.C., a minor child,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1047

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-01135-EGB, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Appellants move to voluntarily withdraw this appeal.

The court notes that while appellants request that the withdrawal be without prejudice, it is not the court's practice to indicate whether an appeal's withdrawal is with or without prejudice, and we see no basis to deviate from that practice here.

2                                                            CLISBEE v. US

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to withdraw is granted, and this appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 19, 2025
Date